# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Anthony Favors,

      Plaintiff,

v.                                                         Case No. 18-cv-3187 (JNE/LIB)
                                                           ORDER
Chase Bank,
Mrs. W. White, and
Alltran Financial LP,

      Defendants.

In a Report and Recommendation dated August 10, 2020, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that the action, as alleged against Defendant Mrs. W. White, be dismissed without prejudice. Plaintiff subsequently moved to withdraw the case with respect to White without prejudice. The Court accepts the recommended disposition [Docket No. 53].

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     The action, as alleged against Defendant Mrs. W. White, is DISMISSED WITHOUT PREJUDICE.

2.     The Clerk of Court shall terminate Docket No. 55.

Dated: September 14, 2020

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge